**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

*Proposed Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Mantara, Inc. *et al.*, [1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 13-13370 (ALG)<br><br>(Jointly Administered) |

**NOTICE OF SALE AND SALE RELATED DEADLINES**

  **PLEASE TAKE NOTICE** that on October 16, 2013, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

  **PLEASE TAKE FURTHER NOTICE** that on October 16, 2013, the Debtors filed a motion (the "**Sale Motion**") with the Bankruptcy Court requesting entry of an order authorizing the sale of the Debtors' intellectual property and intellectual property rights free and clear of liens, claims, and encumbrances pursuant to section 363 of the Bankruptcy Code and granting related relief [Docket No. 8]. Pursuant to the Sale Motion, the Debtors request entry of an order authorizing the sale of the Debtors' intellectual property and intellectual property rights (as more fully set forth in the Asset Purchase Agreement annexed to the Sale Motion and collectively, the "**Acquired Assets**") free and clear of liens, claims, and encumbrances pursuant to section 363 of the Bankruptcy Code.

  **PLEASE TAKE FURTHER NOTICE** that on October 21, 2013, the Debtors filed their *Motion For Entry Of An Order (A) Approving Bidding Procedures, (B) Approving Bid Protections, (C) Scheduling Bid Deadlines And An Auction, And (D) Approving The Form And Manner Of Notice Thereof* (the "**Bidding Procedures Motion**") [Docket No. 19].

---

[1] The Debtors in these chapter 11 cases are Mantara, Inc. and UNX LLC. The last four digits of their federal tax identification number are 2570 and 6704 respectively.

**PLEASE TAKE FURTHER NOTICE** that on October 25, 2013, the Bankruptcy Court entered an order approving the Bidding Procedures Motion (the "**Bidding Procedures Order**") [Docket No. 32].

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, the Bid Deadline for the Acquired Assets is 4:00 p.m. prevailing Eastern Time on November 15, 2013 (the "**Bid Deadline**"). Bids that comply with the Bidding Procedures Order must be received by the Bid Deadline by counsel to the Debtors by e-mail (wjung@lowenstein.com) and other modes of delivery to Lowenstein Sandler LLP, Attn: Wojciech F. Jung, Esq., 1251 Avenue of the Americas, 17th Floor, New York, NY 10020.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, if any Superior Proposals are received by the Debtors prior to the Bid Deadline, the Debtors will conduct an auction (the "**Auction**") for the sale of the Acquired Assets at 11:00 a.m. prevailing Eastern Time on November 19, 2013. The Auction shall take place as the offices of Lowenstein Sandler LLP, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Sale of the Acquired Assets (the "**Sale Hearing**") will be held on **November 20, 2013 at 2:30 p.m. (ET**) before the Honorable Allan L. Gropper, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, or at such other time as the Bankruptcy Court may determine. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing and the filing of a notice of adjournment on the Bankruptcy Court's docket.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Sale must: (a) be in writing; (b) state with particularity the legal and factual basis for the objection and the specific grounds therefor; (c) comply with the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and any orders of the Bankruptcy Court; and (d) be filed with the Bankruptcy Court and served upon the following parties so as to be **actually received** by **4:00 p.m. prevailing Eastern Time on November 14, 2013** (the "**Sale Objection Deadline**"): (i) counsel to the Debtors, Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, New York 10020, Attn: Wojciech F. Jung, Esq. (wjung@lowenstein.com); (ii) counsel to the Purchaser, Sidley Austin LLP, and the (iii) Office of the United States Trustee for the Southern District of New York, Attn: Michael Driscoll.

**PLEASE TAKE FURTHER NOTICE** copies of all sale related documents may also be obtained free of charge by contacting counsel to the Debtors via e-mail at wjung@lowenstein.com.

**DATED:** October 25, 2013

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/     Wojciech F. Jung
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

*Proposed Counsel to the Debtors and Debtors in Possession*