UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Mantara, Inc. *et al.*, [1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 13-13370 (ALG)<br><br>(Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

On October 16, 2013 (the "**Petition Date**"), Mantara, Inc., the above-captioned debtor and debtor in possession (the "**Debtor**") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") with the United States Bankruptcy Court for the Southern District of New York. The Debtor is currently operating its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The Debtor, with the assistance of its advisors, has prepared its Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**") pursuant to section 521 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 1007. These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to all of the Schedules and the SOFA. While the Debtor's management has made reasonable efforts to ensure that the Schedules and SOFA are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFA, and inadvertent errors or omissions may exist in the Schedules and SOFA. Moreover, the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment. Nothing contained in the Schedules or SOFA shall constitute a waiver of any of the Debtor's rights or an admission with respect to this chapter 11 case including, without limitation, any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other applicable laws to recover assets or avoid transfers. These Global Notes are incorporated by reference in, and comprise an integral part of, the Schedules and SOFA, and should be referred to and reviewed in connection with any review of the Schedules and SOFA.

**Amendment.** While reasonable efforts were made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. The Debtor thus reserves the right to amend and/or supplement its Schedules and SOFA from time to time as may be necessary or appropriate.

---

[1] The Debtors in these chapter 11 cases are Mantara, Inc. and UNX LLC. The last four digits of their federal tax identification number are 2570 and 6704 respectively.

**Dates.** All asset information is listed as of the Petition Date. All liability information is listed as of the Petition Date.

**Basis of Presentation.** The Schedules and SOFA do not purport to represent financial information or data prepared in accordance with U.S. Generally Accepted Accounting Principles. Unless otherwise noted, each asset is shown on the basis of the book value of the asset in the Debtor's accounting books and records, rather than the current market values of such interest in property. The Debtor reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in its Schedules and SOFA.

**Causes of Action.** Despite reasonable efforts to identify all known assets, the Debtor may not have identified or set forth all of its causes of action (filed or potential) as assets in the Schedules and SOFA. Notwithstanding this, the Debtor reserves all of its rights with respect to any causes of action it may have, whether or not listed as assets in the Schedules and SOFA, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such causes of action.

**Totals.** All totals that are included in the Schedules and SOFA represent totals of all of the known amounts included on the Schedules and SOFA, including disputed or contingent amounts. To the extent that there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

**Excluded Assets and Liabilities and Effect of "First Day" Orders on Scheduled Claim Amounts.** The Debtor has excluded certain categories of assets and liabilities from the Schedules and SOFA, such as goodwill, accrued liabilities, tax accruals, accrued accounts payable and assets with a net book value of zero. Other immaterial assets and liabilities may also have been excluded.

**Current Market Value of Assets.** It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtor to obtain current market valuations of all of its assets. Accordingly, unless otherwise indicated, net book values are reflected in the Debtor's Schedules and SOFA. For this reason, amounts ultimately realized may vary from net book value and such variance may be material. Thus, unless otherwise noted, the Schedules and SOFA reflect the carrying value of the assets as recorded on the Debtor's books and are not based upon any estimate of its current market value. Exceptions to this include operating cash, which is presented as bank balances as of the Petition Date. Certain other assets are listed as "Unknown" amounts because the net book values may materially differ from fair market value. Thus, the amounts shown for liabilities exclude items identified as "Unknown" and the Debtor's ultimate liabilities may differ materially from those stated in the Schedules and SOFA.

**Claims Descriptions.** Any failure to designate a claim on the Debtor's Schedules and SOFA as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor. The Debtor reserves the right to dispute any claims reflected on its Schedules or SOFA on any grounds, including to assert an offset or any defense to any claim reflected on the Schedules and/or SOFA with respect to, but not limited to, amount, liability or classification, or to otherwise subsequently designate such claims as

"disputed," "contingent" or "unliquidated." The Debtor reserves the right to amend these Schedules and SOFA accordingly.

**Classifications.** Listing a claim on (i) Schedule D as "secured," (ii) Schedule E as "priority" or (iii) Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract. In particular, the Debtor reserves the right to amend the Schedules and SOFA to recharacterize or reclassify any such contract or claim.

**Estimates.** To close the books and records of the Debtor as of the Petition Date, the Debtor was required to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses.

**Global Notes Control.** In the event the Schedules and SOFA differ from the foregoing Global Notes, the Global Notes shall control.

**Insiders.** The Debtor has included in the SOFA all payments made during the one-year period preceding the Petition Date to any individual deemed an "insider," as that term is defined in section 101(31) of the Bankruptcy Code. Persons listed as "insiders" have been included for informational purposes only. The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law.

**Contingent Assets.** The Debtor believes that it may possess certain claims and causes of action against various parties. Additionally, the Debtor may possess contingent claims in the form of various avoidance actions it could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtor, despite efforts, may not have set forth all of its causes of action against third parties as assets in its Schedules and SOFA. The Debtor reserves all of its rights with respect to any claims, causes of action or avoidance actions it may have and nothing contained in these Global Notes or the Schedules and SOFA shall be deemed a waiver of any such claims, avoidance actions or causes of action or in any way prejudice or impair the assertion of such claims.

**Recharacterization.** The Debtor has made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFA correctly. However, the Debtor may have improperly characterized, classified, categorized or designated certain items. Thus, the Debtor reserves its rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFA at a later time as necessary or appropriate as additional information becomes available, including, but not limited to, whether contracts listed herein were executory as of the Petition Date or remain executory postpetition.

**Schedule B - Personal Property.** Financial accounts are listed by the Debtor as of the Petition Date.

**Schedule E - Creditors Holding Unsecured Priority Claims.** The listing of any claim on Schedule E does not constitute an admission by the Debtor that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtor reserves its rights to dispute or challenge whether such claims are entitled to priority.

**Schedule F - Creditors Holding Unsecured Non-Priority Claims.** Schedule F does not include certain deferred charges, deferred liabilities, or general reserves. Such amounts are general estimates of liabilities based upon the Debtor's books and records and do not represent specific claims as of the Petition Date.

The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each claim listed on Schedule F. Schedule F contains information regarding potential, pending and closed litigation involving the Debtor. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. However, to the extent litigation involving a particular Debtor has been identified, such information is contained in the Schedule for that Debtor.

The descriptions provided in Schedule F are intended only to be a summary. Nothing in the Global Notes or the Schedules and SOFA shall be deemed to be a modification or interpretation of the terms of such agreements. The claims of individual creditors for, among other things, merchandise, goods, services or taxes are listed at the amounts listed on the Debtor's books and records and may not reflect credits or allowances due from such creditor. The Debtor reserves all of its rights respecting such credits or allowances. The dollar amounts listed may be exclusive of contingent and unliquidated amounts. The Debtor expressly incorporates by reference into Schedule F all parties to pending and potential pending litigation listed in the Debtor's SOFA as contingent, unliquidated and disputed claims to the extent not already listed on Schedule F.

**Schedule G - Executory Contracts and Unexpired Leases.** The Debtor's business is complex. While commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusions may have occurred. The Debtor reserves all of its rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed herein. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights that are embedded in the Debtor's agreements. Such rights, powers, duties and obligations are not set forth on Schedule G.

Listing a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract, agreement or lease was in effect on the Petition Date or is valid or enforceable. Conversely, the omission of a contract, agreement or lease from Schedule G is not intended and shall not be construed as an admission that such omitted contract, agreement or lease is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to its contracts, agreements or leases shall not be construed as and are not impaired by the omission or inclusion on Schedule G. The Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, or any document or instrument (including, without limitation, any intercompany agreement) related to a creditor's claim.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    **Mantara, Inc.**

_____,
                                    Debtor

Case No.    **13-13370(ALG)**

Chapter                    **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 14 | 319,107.14 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,182,677.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 7,634,355.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 319,107.14 | | |
| Total Liabilities | | | | 8,817,032.15 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    **Mantara, Inc.**

Debtor

Case No.    **13-13370(ALG)**

Chapter    **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Mantara, Inc.**                                          Case No.    __13-13370(ALG)__
_____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
| | | (Report also on Summary of Schedules) |

__0__    continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Mantara, Inc.**                                      Case No.    **13-13370(ALG)**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Silicon Valley Bank 899 Adams Street St. Helena, CA 94574 Account Number: 7664** | - | 64,367.13 |
| | | **Silicon Valley Bank 899 Adams Street St. Helena, CA 94574 Account Number: 5062** | - | 435.13 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit Property Address: 175 East Olive Avenue Burbank, CA 91502** | - | 43,161.86 |
| | | **Security Deposit Property Address: 215 Park Avenue South Suite 2001 New York, NY 10003** | - | 75,739.78 |
| | | **TriplePoint Capital 2755 Sand Hill Road Menlo Park, CA 94025** | - | 26,973.74 |
| | | **Plain English Master Lease Agreement Hardware and Equipment** | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |

Sub-Total >        210,677.64
(Total of this page)

<u>  13  </u> continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mantara, Inc.**                                      Case No.    __13-13370(ALG)__
                                                    ,
                               Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | N O N E | Type of Property / Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| Type of Property | | Description and Location of Property | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Interest in Mantara X, LLC and Advanced Messaging Technologies Pty Ltd.** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Bank of America Merrill Lynch Electronic Services Client Connect Merrill Lynch Canada Inc. 181 Bay Street, Suite 400 Toronto, Ontario M5J 2V8** | - | **2,500.00** |
| | | **Credit Suisse First Boston Eleven Madison Avenue New York, NY 10010** | - | **8,250.00** |
| | | **Goldman Sachs Execution & Clearing, L.P. Goldman Sachs & Co. Attn: Bridget Boyle Acct#: SECAMNYMAN001 P.O. Box 4 - Bowling Green Station New York, NY 10274-0004** | - | **2,000.00** |

Sub-Total >    **12,750.00**
(Total of this page)

Sheet __1__ of __13__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mantara, Inc.**                                                                            Case No.    **13-13370(ALG)**
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Credit Suisse Securities London** **Credit Suisse Securities Europe Limited** **Attn: Michelle Seagrave** **One Cabot Square London E14 4QJ** | - | 10,000.00 |
| | | **Knight Direct, a division of Knight Execution & Clearing, LLC** **Attn: Meaghan Mullins** **545 Washington Boulevard** **Jersey City, NJ 07310** | - | 1,750.00 |
| | | **Takion Technologies** **175 West Jackson Boulevard, Suite 1450** **Chicago, IL 60604** | - | 18,985.00 |
| | | **TSX USD/TSX Inc.** **Attn: Phil Matthews** **130 King Street West** **The Exchange Tower, 3rd Floor** **Toronto, ON M5X 1J2** | - | 38,839.50 |
| | | **Virtu Financial** **645 Madison Avenue, 16th Floor** **New York, NY 10022** | - | 7,800.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                Sub-Total >        77,374.50
                                                            (Total of this page)

Sheet __2__ of __13__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Mantara, Inc.**                                          Case No.   __13-13370(ALG)__
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **ExpressWay (TM) and the ExpressWay(TM) suite of applications (e.g. ExpressWay(TM)EMS, API, Risk, Brake and Connectivity), Catalyst(TM), the Nitro application, the Elvin applications, and any additional Intellectual Property and Intellectual Property rights acquired under each of the Seller Subsidiary Assignments and the UNX Purchase Agreement.** | - | Unknown |
| | | **Mantara - Trademark** | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Boost: Boost Software License** | - | Unknown |
| | | **CppUnit: GNU Lesser General Public License** | - | Unknown |
| | | **Drizzle: Simplified BSD License** | - | Unknown |
| | | **Intel Thread Building Blocks: GPLv2 with runtime exception** | - | Unknown |
| | | **Leveldb: New BSD License** | - | Unknown |
| | | **libcurl: Modified MIT/X licence** | - | Unknown |
| | | **Net-SNMP: BSD-like** | - | Unknown |
| | | **OpenSSL: OpenSSL licence** | - | Unknown |
| | | **zlib: zlib licence** | - | Unknown |
| | | **LWIP: BSD** | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >         0.00
(Total of this page)

Sheet __3__ of __13__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Mantara, Inc.** ,                                    Case No.   __13-13370(ALG)__
_____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Video-conference system** **Phones (31)** **Wireless Router (1)** **Network Rack (1)** **Keyboards (49)** **Mouse (40)** **Trading Desks (3 Work Stations)** **Trading Desks (4 Work Stations)** **Trading Desks (1 Work Station)** **Personal Desks & Filing Cabinets (3)** **Chairs (48)** **Conference Table (1)** **Small Filing Cabinets (12)** **Large Filing Cabinet (1)** **Small Decorative Chairs (4)** **Large Oval Table (1)** **Ladders (2)** | - | 18,305.00 |

Sub-Total >          18,305.00
(Total of this page)

Sheet __4__ of __13__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mantara, Inc.**                                          Case No.    **13-13370(ALG)**
                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **300 Boulevard East (Cage Number: 914) Weehawken, NJ 07086** | - | **Unknown** |
| | | **NJ2 PDU P (PDU)** | | |
| | | **NJ2 PDU R (PDU)** | | |
| | | **NJ2 Production Switch (Mantara Network Cisco)** | | |
| | | **Arista NJ2 Production (Network Mantara )** | | |
| | | **NJ2 Production Router (Mantara Network Cisco)** | | |
| | | **NJ2 Storage SuperMicro Server (Server )** | | |
| | | **NJ2 PDU P (PDU)** | | |
| | | **NJ2 Router (Network Cisco)** | | |
| | | **NJ2 Router (Network Cisco)** | | |
| | | **NJ2 PDU R (PDU )** | | |
| | | **NJ2** | | |
| | | **Dell Server Infrastructure NJ2 (Server Mantara )** | | |
| | | **NJ2 Switch (Network Cisco )** | | |
| | | **HP Server NJ2 Storage (Server )** | | |
| | | **NJ2 Router (Network Cisco )** | | |
| | | **NJ2 Router (Network Cisco )** | | |
| | | **NJ2 Router (Network Cisco )** | | |
| | | **NJ2 Router (Network Cisco )** | | |
| | | **NJ2 Router (Network Cisco )** | | |
| | | **NJ2 Router (Network Cisco )** | | |
| | | **NJ2 Switch (Network Cisco )** | | |
| | | **NJ2 Switch (Network Cisco )** | | |
| | | **NJ2 Switch (Network Cisco )** | | |
| | | **NJ2 Switch (Network Cisco )** | | |
| | | **HP Server NJ2 Storage (Server )** | | |
| | | **HP Server NJ2 Storage (Server )** | | |
| | | **HP Server NJ2 Storage (Server )** | | |
| | | **HP Server NJ2 Storage (Server )** | | |
| | | **HP Server NJ2 Storage (Server )** | | |
| | | **HP Server NJ2 Storage (Server )** | | |
| | | **HP Server NJ2 Storage (Server )** | | |
| | | **HP Server NJ2 Storage (Server )** | | |

Sub-Total >          0.00
(Total of this page)

Sheet __5__ of __13__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mantara, Inc.**                                                   Case No.    **13-13370(ALG)**
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **755 Secaucus Road (Cage Number: 11405) Secaucus, NJ 07094** | - | **Unknown** |
| | | **NY4 Router (Network Cisco )** | | |
| | | **NY4 Router (Network Cisco )** | | |
| | | **Cable Organizer NY4** | | |
| | | **NY4 PDU Blue (PDU )** | | |
| | | **NY4 PDU Red (PDU )** | | |
| | | **Infrastructure NY4 (Mantara )** | | |
| | | **Infrastructure NY4 Switch (Mantara Network Cisco )** | | |
| | | **Infrastructure NY4 Switch (Mantara Network Cisco )** | | |
| | | **NY4 Production Switch (Mantara Network Cisco )** | | |
| | | **Infrastructure NY4 Switch (Mantara Network Cisco )** | | |
| | | **Infrastructure NY4 Switch (Mantara Network Cisco )** | | |
| | | **NY4 Switch (Network Cisco )** | | |
| | | **Infrastructure NY4 Palo Alto (Mantara Network )** | | |
| | | **Infrastructure NY4 Palo Alto (Mantara Network )** | | |
| | | **F5 NY4 (Network )** | | |
| | | **F5 NY4 (Network )** | | |
| | | **Corporate NY4 Switch (Mantara Network Cisco )** | | |
| | | **NY4 Switch (Network Cisco )** | | |
| | | **NY4 Switch (Network Cisco )** | | |
| | | **Corporate NY4 Security (Mantara Network Cisco )** | | |
| | | **HP Server NY4 VM Host (Server )** | | |
| | | **HP Server NY4 VM Host (Server )** | | |
| | | **HP Server NY4 VM Host (Server )** | | |
| | | **HP Server NY4 VM Host (Server )** | | |
| | | **NY4 Production Router (Mantara Network Cisco )** | | |
| | | **NY4 Production Router (Mantara Network Cisco )** | | |
| | | **Infrastructure NY4 Router (Mantara Network Cisco )** | | |
| | | **Infrastructure NY4 Router (Mantara Network Cisco )** | | |
| | | **NY4 PDU Blue (PDU )** | | |
| | | **NY4 PDU Red (PDU )** | | |
| | | **HP Server NY4 Production (Server Mantara )** | | |
| | | **HP Server NY4 Production (Server Mantara )** | | |
| | | **HP Server NY4 Production (Server Mantara )** | | |

                                                          Sub-Total >                0.00
                                                       (Total of this page)

Sheet __6__ of __13__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mantara, Inc.**                                    Case No. __**13-13370(ALG)**__
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | HP Server NY4 Production (Server Mantara) | - | Unknown |
| | | HP Server NY4 Production (Server Mantara) | | |
| | | Nexsan Sataboy2 NY4 Production (SAN Mantara) | | |
| | | HP Server NY4 Production (Server Mantara ) | | |
| | | HP Server NY4 Production (Server Mantara) | | |
| | | HP Server NY4 QA (Server Mantara) | | |
| | | HP Server NY4 QA (Server Mantara) | | |
| | | HP Server NY4 QA (Server Mantara) | | |
| | | HP Server NY4 QA (Server Mantara) | | |
| | | HP Server NY4 QA VM Host (Server Mantara) | | |
| | | HP Server NY4 UAT (Server Mantara) | | |
| | | HP Server NY4 UAT (Server Mantara) | | |
| | | HP Server NY4 UAT (Server Mantara) | | |
| | | HP Server NY4 QA UAT VM Host (Server Mantara) | | |
| | | NY4 Production Switch (Mantara Network Cisco) | | |
| | | HP Server NY4 Production (Server Mantara) | | |
| | | HP Server NY4 Production (Server Mantara) | | |
| | | NY4 PDU Blue (PDU) | | |
| | | NY4 PDU Red (PDU) | | |
| | | NY4 Switch (Network Cisco) | | |
| | | Arista NY4 Production (Network Mantara) | | |
| | | Arista NY4 Production (Network Mantara) | | |
| | | HP Server NY4 Production (Server Mantara) | | |
| | | HP Server NY4 Production (Server Mantara) | | |
| | | HP P4300 NY4 Production (SAN Mantara) | | |
| | | HP P4300 NY4 Production (SAN Mantara) | | |
| | | NetApp NY4 Production (SAN Mantara) | | |
| | | HP Server NY4 Production (Server Mantara) | | |
| | | HP Server NY4 Production (Server Mantara) | | |
| | | HP Server NY4 Production (Server Mantara) | | |
| | | HP Server NY4 Production (Server Mantara) | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __7__ of __13__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mantara, Inc.**                                                                 Case No.    **13-13370(ALG)**
                                                  Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Brocade NY4 Production (Network Mantara) | - | Unknown |
| | | Brocade NY4 Production (Network Mantara) | | |
| | | HP Server NY4 Production (Server Mantara) | | |
| | | HP Server NY4 Production VM Host -Server Mantara | | |
| | | HP Server NY4 Production VM Host -Server Mantara | | |
| | | HP Server NY4 Production VM Host -Server Mantara | | |
| | | HP Server NY4 Production VM Host -Server Mantara | | |
| | | HP Server NY4 Production VM Host -Server Mantara | | |
| | | HP Server NY4 Production VM Host -Server Mantara | | |
| | | HP Server NY4 Production (Server Mantara) | | |
| | | HP Server NY4 Production (Server Mantara) | | |
| | | NY4 PDU Blue (PDU) | | |
| | | NY4 PDU Red (PDU) | | |
| | | Development HP Server NY4 (Mantara Server) | | |
| | | HP Server NY4 Production (Server Mantara) | | |
| | | NY4 Switch (Network Cisco) | | |
| | | NY4 Switch (Network Cisco) | | |
| | | Arista Development NY4 (Network Mantara) | | |
| | | Build NY4 SuperMicro Server -Mantara Development Server | | |
| | | Build HP Server NY4 (Mantara Development Server) | | |
| | | Build HP Server NY4 (Mantara Development Server) | | |
| | | Build HP Server NY4 (Mantara Development Server) | | |
| | | Build NY4 SuperMicro Server -Mantara Development Server | | |
| | | Build NY4 SuperMicro Server -Mantara Development Server | | |
| | | HP Server NY4 Production (Server Mantara) | | |
| | | HP Server NY4 Production (Server Mantara) | | |
| | | Development HP Server NY4 (Mantara Server) | | |
| | | Development HP Server NY4 (Mantara Server) | | |
| | | Development HP Server NY4 (Mantara Server) | | |
| | | Develo | | |

Sub-Total >                                              0.00
(Total of this page)

Sheet __8__ of __13__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mantara, Inc.**                                                                  Case No.    __13-13370(ALG)__
                                               **Debtor**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Development HP Server NY4 (Mantara Server )** | - | **Unknown** |
| | | **Development HP Server NY4 (Mantara Server )** | | |
| | | **Development HP Server NY4 (Mantara Server )** | | |
| | | **Dell Server Development NY4 (Server Mantara )** | | |
| | | **Development HP Server NY4 (Mantara Server )** | | |
| | | **HP Server NY4 UAT (Server Mantara )** | | |
| | | **HP Server NY4 QA (Server Mantara )** | | |
| | | **NY4 PDU Blue (PDU)** | | |
| | | **NY4 PDU Red (PDU)** | | |
| | | **Corporate NY4 Security (Mantara Network Cisco** | | |
| | | **NY4 Storage Switch (Network Cisco)** | | |
| | | **NY4 Switch (Network Cisco)** | | |
| | | **Build HP Server NY4 -Mantara Development Server** | | |
| | | **Build HP Server NY4 -Mantara Development Server** | | |
| | | **Build HP Server NY4 -Mantara Development Server** | | |
| | | **Build HP Server NY4 -Mantara Development Server** | | |
| | | **Build HP Server NY4 -Mantara Development Server** | | |
| | | **Corporate HP Server NY4 (Mantara Server)** | | |
| | | **Corporate HP Server NY4 (Mantara Server)** | | |
| | | **Corporate HP Server NY4 (Mantara Server)** | | |
| | | **Corporate HP Server NY4 (Mantara Server)** | | |
| | | **Corporate HP Server NY4 (Mantara Server)** | | |
| | | **Corporate HP Server NY4 (Mantara Server)** | | |
| | | **Corporate Dell Server NY4 (Mantara Server)** | | |
| | | **Corporate Nexsan Sataboy2 NY4 (Mantara SAN)** | | |
| | | **Corporate HP Server NY4 (Mantara Server)** | | |
| | | **Corporate Dell Powervault 124T NY4 -Mantara Tape Library** | | |
| | | **Corporate HP Server NY4 VM Host -Mantara Server** | | |
| | | **Corporate HP Server NY4 (Mantara Server )** | | |
| | | **Corporate HP Server NY4 (Mantara Server )** | | |
| | | **Development HP Serve** | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet  **9**  of  **13**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mantara, Inc.**                                          Case No.    __13-13370(ALG)__
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Development HP Server NY4 (Mantara Server )** | - | **Unknown** |
| | | **Development HP Server NY4 (Mantara Server )** | | |
| | | **Development HP Server NY4 VM Host-Mantara Server** | | |
| | | **Corporate Dell MD1000 NY4 -Mantara SAN** | | |
| | | **NY4 PDU Blue (PDU)** | | |
| | | **NY4 PDU Red (PDU)** | | |
| | | **Corporate NY4 Switch -Mantara Network Cisco NY4** | | |
| | | **KVM Switch NY4** | | |
| | | **KVM Switch NY4** | | |
| | | **NY4** | | |
| | | **NY4 PDU Blue (PDU )** | | |
| | | **NY4 PDU Red (PDU )** | | |
| | | **NY4 PDU Blue (PDU )** | | |
| | | **NY4 PDU Red (PDU )** | | |
| | | **NY4 PDU Storage** | | |
| | | **NY4 PDU Storage** | | |
| | | **NY4 PDU Storage** | | |
| | | **NY4 PDU Storage** | | |
| | | **NY4 PDU Storage** | | |
| | | **NY4 PDU Red Storage (PDU )** | | |
| | | **NY4 PDU Blue (PDU )** | | |
| | | **NY4 PDU Red (PDU )** | | |
| | | **NY4 PDU Blue (PDU )** | | |
| | | **NY4 PDU Red (PDU )** | | |
| | | **NY4 PDU Blue (PDU )** | | |
| | | **NY4 PDU Red (PDU )** | | |
| | | **NY4 PDU Blue (PDU )** | | |
| | | **NY4 PDU Red (PDU )** | | |
| | | **NY4 PDU Red (PDU )** | | |

|  | Sub-Total > (Total of this page) | 0.00 |
|---|---|---|

Sheet __10__ of __13__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mantara, Inc.**                                    ,    Case No.    __13-13370(ALG)__
_____
                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Apple NY4 Storage (Server )** | - | **Unknown** |
| | | **NY4 Storage Switch (Network Cisco )** | | |
| | | **NY4 Storage Switch (Network Cisco )** | | |
| | | **NY4 Router Storage (Network Cisco )** | | |
| | | **NY4 Router Storage (Network Cisco )** | | |
| | | **NY4 Storage Switch (Network Cisco )** | | |
| | | **NY4 Router Storage (Network Cisco )** | | |
| | | **NY4 Router Storage (Network Cisco )** | | |
| | | **NY4 Router Storage (Network Cisco )** | | |
| | | **NY4 Router Storage (Network Cisco )** | | |
| | | **NY4 Router Storage (Network Cisco )** | | |
| | | **NY4 Storage Switch (Network Cisco )** | | |
| | | **Corporate NY4 Storage (Mantara )** | | |
| | | **Infrastructure NY4 Switch -Mantara Network Cisco** | | |
| | | **NY4 Storage Switch (Network Cisco)** | | |
| | | **Dell Server NY4 Storage (Server )** | | |
| | | **Dell Server NY4 Storage (Server )** | | |
| | | **Dell Server NY4 Storage (Server )** | | |
| | | **Dell Server NY4 Storage (Server )** | | |
| | | **Dell Server NY4 Storage (Server )** | | |
| | | **Dell Server NY4 Storage (Server )** | | |
| | | **Dell NY4 Storage (Network )** | | |
| | | **Dell Powervault 124T NY4 Storage -Tape Library** | | |
| | | **Dell Server NY4 Storage (Server )** | | |
| | | **Dell Server NY4 Storage (Server )** | | |
| | | **Dell Server NY4 Storage (Server )** | | |
| | | **Extreme NY4 Storage (Network )** | | |
| | | **Extreme NY4 Storage (Network )** | | |
| | | **Extreme NY4 Storage (Network )** | | |

Sub-Total >          0.00
(Total of this page)

Sheet __11__ of __13__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mantara, Inc.**                                                                   Case No.    __13-13370(ALG)__
_____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Force10 NY4 Storage (Network ) | - | Unknown |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | Build HP Server NY4 -Mantara Development Server | | |
| | | HP Server NY4 (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | Corporate HP Server NY4 -Mantara Server | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
| | (Total of this page) | |

Sheet __12__ of __13__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mantara, Inc.**                                                      Case No.    **13-13370(ALG)**
                                         Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Corporate HP Server NY4 (Mantara Server) | - | Unknown |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | HP Server NY4 Storage (Server ) | | |
| | | Juniper NY4 Storage (Network ) | | |
| | | Juniper NY4 Storage (Network ) | | |
| | | Juniper NY4 Storage (Network ) | | |
| | | Juniper NY4 Storage (Network ) | | |
| | | Juniper NY4 Storage (Network ) | | |
| | | Juniper NY4 Storage (Network ) | | |
| | | Juniper NY4 Storage (Network ) | | |
| | | Juniper NY4 Storage (Network ) | | |
| | | Juniper NY4 Storage (Network ) | | |
| | | Corporate Juniper NY4-Mantara Network | | |
| | | KVM Switch NY4 Storage | | |
| | | NY4 Router Storage (Network Cisco ) | | |
| | | NY4 Storage Switch (Network Cisco ) | | |
| | | NY4 Security Storage (Network Cisco ) | | |
| | | Juniper NY4 Storage (Network ) | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 319,107.14 |

Sheet __13__ of __13__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Mantara, Inc.**                                                  ,    Case No.    __13-13370(ALG)__
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 02/2012 | | | | | |
| **Venture Lending & Leasing, VI, Inc.** **104 La Mesa Drive, Suite 102** **Portola Valley, CA 94028** | X | - | | | | X | | | | |
| | | | | | Value $                0.00 | | | | 1,182,677.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| __0__   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 1,182,677.00 | 0.00 |
| | | | | | Total (Report on Summary of Schedules) | | | | 1,182,677.00 | 0.00 |

B6E (Official Form 6E) (4/13)

In re   **Mantara, Inc.**                                                    Case No.   **13-13370(ALG)**
_____                        _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____
*_Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Mantara, Inc.**                                                                                              Case No.   **13-13370(ALG)**
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Lease - Unpaid Rent | | | | |
| **215 Park Avenue South Associates, L.P. 420 Lexington Avenue 18th Floor New York, NY 10170** | | - | | | | | | 19,607.34 |
| Account No. | | | | Trade | | | | |
| **AFGO Mechanical Services, Inc. 36-14 32nd Street Astoria, NY 11106** | | - | | | | | | 743.48 |
| Account No. | | | | Trade | | | | |
| **Air Stream 245 Newton Road, Suite 305 Plainview, NY 11803** | | - | | | | | | 1,833.45 |
| Account No. | | | | Trade | | | | |
| **Aite Group, LLC 101 Arch Street, Suite 501 Boston, MA 02110** | | - | | | | | | 20,000.00 |
| __10__  continuation sheets attached | | | | Subtotal (Total of this page) | | | | 42,184.27 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                S/N:25940-130916    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mantara, Inc.**                                                    Case No.    __13-13370(ALG)__
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit Card | | | | |
| **American Express** P.O. Box 1270 Newark, NJ 07101 | | - | | | | | 88.91 |
| Account No. | | | Notes | | | | |
| **Bourse Partners II LP** 1 N. Lasalle Street Suite 2475 Chicago, IL 60602 | | - | | | | | 29,333.47 |
| Account No. | | | Notes | | | | |
| **Broadhaven Capital Partners GP** 201 Broad Street Stamford, CT 06901 | | - | | | | | 523,221.06 |
| Account No. | | | Trade | | | | |
| **CBOE** 400 S. LaSalle Chicago, IL 60605 | | - | | | | | 2,000.00 |
| Account No. | | | Trade | | | | |
| **CDW Direct, LLC** P.O. Box 75723 Chicago, IL 60675 | | - | | | | | 18,113.54 |

Sheet no. __1__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     572,756.98

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mantara, Inc.**                                                                 Case No.    **13-13370(ALG)**
_____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade | | | | |
| Chi-X Canada ATS Limited US c/o T10010 - P.O. Box 10010 Postal Station A Toronto, ON M5W2B1 | - | | | | | | 23,041.16 |
| Account No. | | | | | | | |
| Chris Chaffee 28059 Foxlane Drive Canyon Country, CA 91351 | - | | | | | | 25,000.00 |
| Account No. | | | Trade | | | | |
| CIS Connected LLC 135 West 36th Street 9th Floor | - | | | | | | 1,710.81 |
| Account No. | | | Notes | | | | |
| CM Capital Investments Pty Ltd Investments Pty Ltd. Level 9, 545 Queen Street Brisbane QLD 4000 Australia | - | | | | | | 65,708.52 |
| Account No. | | | | | | | |
| CM Capital Investments Pty Ltd Investments Pty Ltd. Level 9, 545 Queen Street Brisbane QLD 4000 Australia | - | | | | | | 1,614.45 |

Sheet no. __2__ of __10__ sheets attached to Schedule of                      Subtotal                    117,074.94
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mantara, Inc.**                                          Case No.    **13-13370(ALG)**
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade | | | | |
| CNSX Markets Inc. 220 Bay Street, 9th Floor Toronto, ON M5J2W4 | | - | | | | | | 7,910.00 |
| Account No. | | | | Trade | | | | |
| CNSX Markets Inc. 220 Bay Street, 9 Floor Toronto, ON M5J 2W4 | | - | | | | | | 7,910.00 |
| Account No. | | | | Trade | | | | |
| Concurrent Comp Corp Dept at 952190 Atlanta, GA 31192 | | - | | | | | | 2,417.04 |
| Account No. | | | | Trade | | | | |
| Cooper Conferencing Attn: Renee Gregory 12202 Airport Way #140 Broomfield Broomfield, CO 80021 | | - | | | | | | 8.64 |
| Account No. | | | | Notes | | | | |
| DBAH Capital Inc. c/o Deutsche Bank AG 60 Wall Street New York, NY 10005 | | - | | | | | | 390,931.51 |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        409,177.19

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mantara, Inc.**                                                          Case No.   __13-13370(ALG)__
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade | | | | |
| Digital Data Feed 209 W. Jackson Boulevard 2nd Floor Chicago, IL 60606 | | - | | | | | | | 5,000.00 |
| Account No. | | | | | Trade | | | | |
| Direct Edge Exchange, Inc. 545 Washington Boulevard 6th Floor Jersey City, NJ 07310 | | - | | | | | | | 30,960.00 |
| Account No. | | | | | Trade | | | | |
| Equinix, Inc #774252 4252 Solutions Center Chicago, IL 60677 | | - | | | | | | | 87,282.11 |
| Account No. | | | | | Trade | | | | |
| First Quality Maintenance, II, LLC 70 West 36th Street New York, NY 10018 | | - | | | | | | | 4,075.96 |
| Account No. | | | | | Trade | | | | |
| FIX Protocol Limited 1 Fetter Lane London EC4A 1BR | | - | | | | | | | 8,000.00 |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     135,318.07

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mantara, Inc.**                                                Case No.    __13-13370(ALG)__
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade | | | | |
| Greenline Financial Technologies, Inc. P.O. Box 5633 New York, NY 10087 | | - | | | | | | | 89,345.01 |
| Account No. | | | | | Trade | | | | |
| IESI NYC Corporation P.O. Box 660654 Dallas, TX 75266 | | - | | | | | | | 896.58 |
| Account No. | | | | | Trade | | | | |
| Insight Investments 611 Anton Boulevard, Suite 700 Costa Mesa, CA 92626 | | - | | | | | | | 988.88 |
| Account No. | | | | | Trade | | | | |
| Integration Partners 1719 Route 10 East, Suite 114 Parsippany, NJ 07054 | | - | | | | | | | 19,869.00 |
| Account No. | | | | | Notes | | | | |
| James S. Ginsburg 1N. LaSalle Street, Suite 2475 Chicago, IL 60602 | | - | | | | | | | 189,534.24 |

Sheet no. __5__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          300,633.71

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mantara, Inc.**                                          Case No.   __13-13370(ALG)__
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade | | | | |
| Lightower Fiber Networks P.O. Box 27135 New York, NY 10087 | - | | | | | | 17,364.31 |
| Account No. | | | Notes | | | | |
| Matthew Pritzker Company 233 S. Wacker Dr. 96th Floor Chicago, IL 60606 | - | | | | | | 26,154.79 |
| Account No. | | | | | | | |
| Michael Chin c/o Mantara, Inc. 215 Park Avenue South Suite 2001 New York, NY 10003 | - | | | | | | 19,000.00 |
| Account No. | | | Notes | | | | |
| Mohr Davidow 3000 Sand Hill Road, 3-290 Menlo Park, CA 94025 | - | | | | | | 3,410,102.85 |
| Account No. | | | Trade | | | | |
| Nikita Dingankar 3605 Cricket Circle Edison, NJ 08820 | - | | | | | | 6,425.00 |

Sheet no. __6__ of __10__ sheets attached to Schedule of              Subtotal                3,479,046.95
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Mantara, Inc.__                                    Case No. __13-13370(ALG)__
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade | | | | |
| NSX One Financial Place 440 South LaSalle Street Suite 2600 Chicago, IL 60605 | | - | | | | | 400.00 |
| Account No. | | | Trade | | | | |
| NYFIX, Inc. 100 Wall Street, 26th Floor New York, NY 10005 | | - | | | | | 2,140.00 |
| Account No. | | | Trade | | | | |
| NYSE Group P.O. Box 223695 Pittsburgh, PA 15251 | | - | | | | | 31,703.24 |
| Account No. | | | Trade | | | | |
| NYSE Technologies P.O. Box 223662 Pittsburgh, PA 15251 | | - | | | | | 211,399.20 |
| Account No. | | | Trade | | | | |
| Omega Securities Inc. US Attn: Omega Support 100 Lombard Street, Suite 101 Toronto, ON M5C 1M3 | | - | | | | | 904.00 |

Sheet no. _7_ of _10_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    246,546.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mantara, Inc.**                                                          Case No.    **13-13370(ALG)**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade | | | | |
| Options Price Reporting Authority P.O. Box 95718 Chicago, IL 60694 | | - | | | | | 2,400.00 |
| Account No. | | | Trade | | | | |
| Reuters America Inc. P.O. Box 10410 Newark, NJ 07193 | | - | | | | | 74,440.10 |
| Account No. | | | Trade | | | | |
| Salesforce.com P.O. Box 203141 Dallas, TX 75320 | | - | | | | | 1,200.00 |
| Account No. | | | Trade | | | | |
| Savvis 13322 Collection Center Drive Chicago, IL 60693 | | - | | | | | 30,498.77 |
| Account No. | | | Trade | | | | |
| SDC Network Consulting Inc. 176 John Street, Suite 203 Toronto, ON M5T 1X5 | | - | | | | | 4,689.50 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          113,228.37

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mantara, Inc.**                                            Case No.   **13-13370(ALG)**

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notes | | | | |
| Southern Cross Venture Partners Level 5, 80 Mount Street North Sydney, NSW 2060 Australia | - | | | | | | 2,150,637.63 |
| Account No. | | | Taxes | | | | |
| State of Delaware Division of Corporations P.O. Box 5509 Binghamton, NY 13902 | - | | | | | | 3,237.60 |
| Account No. | | | Trade | | | | |
| The NASDAQ Stock Market LLC Lockbox 10200 P.O. Box 8500 Philadelphia, PA 19178 | - | | | | | | 24,943.04 |
| Account No. | | | Trade | | | | |
| TriAct Canada Marketplace L.P. C/O T8074 P.O. Box 8074,  STN A Toronto ON M5W 3W5 Canada | - | | | | | | 3,390.00 |
| Account No. | | | Notes | | | | |
| UBS 1285 Avenue of the Americas New York, NY 10019 | - | | | | | | 7,661.09 |
| Sheet no. _9_ of _10_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | 2,189,869.36 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mantara, Inc.**                                               Case No.    __13-13370(ALG)__
_____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Venture Lending & Leasing VI, Inc. - Wells Fargo c/o Lynn McLean - T9914-010 1800 N. Valley Mills Drive Waco, TX 76702 | | - | | | | | 315.00 |
| Account No. | | | Utility | | | | |
| Wall Street Network Solutions LLC 140 Littleton Road, Suite 310 Parsippany, NJ 07054 | | - | | | | | 9,218.87 |
| Account No. | | | Auditors | | | | |
| WithumSmith+Brown 3040 Route 22 West, Suite 110 Somerville, NJ 08876 | | - | | | | | 18,985.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 28,518.87 |
| | Total (Report on Summary of Schedules) | 7,634,355.15 |

B6G (Official Form 6G) (12/07)

In re    **Mantara, Inc.**                                                                Case No.    **13-13370(ALG)**
                                                                              ,
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **215 Park Avenue South Associates, L.P. c/o S.L. Green Properties, Inc 420 Lexington Avenue New York, NY 10170** | **Real Estate Lease Property Address: 215 Park Avenue South Suite 2001 New York, NY 10003** |
| **ABN Amro 175 W. Jackson Boulevard 4th Floor Chicago, IL 60604** | **03/10/2012 - License** |
| **Air Stream 245 Newtown Road, Suit 305 Plainview, NY 11803** | |
| **CBOE 400 S. LaSalle Chicago, IL 60605** | |
| **Chi-X Canada ATS Limited US c/o T10010 P.O. Box 10010 Postal Station A Toronto ON M5W2B1** | |
| **CNSX Markets Inc. 220 Bay Street, 9 Floor Toronto, ON M5J2W4** | |
| **Credit Suisse First Boston Eleven Madison Avenue New York, NY 10010** | **04/13/2012 - License** |
| **Digital Data Feed 209 West Jackson Boulevard 2nd Floor Chicago, IL 60606** | |
| **Direct Edge Exchange, Inc. 545 Washington Boulevard 6th Floor Jersey City, NJ 07310** | |
| **Equinix, Inc. #774252 4252 Solutions Center Chicago, IL 60677** | |

**3**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Mantara, Inc.**                                                    Case No.    **13-13370(ALG)**
_____,
Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **First Quality Maintenance II, LLC** 70 West 36th Street New York, NY 10018 | |
| **Goldman Sachs** Attn: Bridget Boyle Acct #Secamyman001-P.O. Box 4 Bowling Green Station New York, NY 10274 | 08/28/09 - License |
| **Greenline Financial Technologies, Inc.** P.O. Box 5633 New York, NY 10087 | |
| **IESI** NYC Corporation P.O. Box 660654 Dallas, TX 75266 | |
| **Instinet Incorporated** Instinet Billing Department Attn: Osie James 1095 Avenue of the Americas New York, NY 10036 | 11/05/10 - License |
| **Knight Direct LLC** A Division of Knight Execution & Clearing, LLC 545 Washington Boulevard Jersey City, NJ 07310 | 04/06/10 - License |
| **Lightower Fiber Networks** P.O. Box 27135 New York, NY 10087 | |
| **NYFIX, Inc.** 100 Wall Street, 26th Floor New York, NY 10005 | |
| **NYSE Market, Inc.** P.O. Box 223695 Pittsburgh, PA 15251 | |
| **Omega Securities Inc.** Attn: Omega Support 100 Lombard Street, Suite 101 Toronto ON M5C1M3 | |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Mantara, Inc.**                                        Case No.    **13-13370(ALG)**
                                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Options Price Reporting Authority**<br>P.O. Box 95718<br>Chicago, IL 60694 | |
| **Pink Sneakers Productions, Inc.**<br>1000 Colour Place<br>Apopka, FL 32703 | **Real Estate Sublease**<br>**Property Address: 175 East Olive Avenue**<br>Burbank, CA 91502 |
| **Reuters America Inc.**<br>P.O. Box 10410<br>Newark, NJ 07193 | |
| **Salesforce.com Inc.**<br>P.O. Box 203141<br>Dallas, TX 75320 | |
| **Savvis**<br>13322 Collection Center Drive<br>Chicago, IL 60693 | |
| **SDC Network Consulting Inc.**<br>176 John St., Suite 203<br>Toronto, ON M5T 1X5 | |
| **Takion Technologies**<br>175 W. Jackson Boulevard<br>Suite 1450<br>Chicago, IL 60604 | **05/18/10 - License** |
| **The NASDAQ Stock Market LLC**<br>Lockbox 10200<br>P.O. Box 8500<br>Philadelphia, PA 19178 | |
| **Toronto Stock Exchange (TSX)**<br>The Exchange Tower<br>130 King Street West<br>Toronto Ontario M5X 1J2<br>Canada | **07/23/12 - License** |
| **TriAct Canada Marketplace L.P.**<br>C/O T8074<br>P.O. Box 8074,  STN A Toronto<br>ON M5W 3W5 Canada | |
| **TriplePoint Capital**<br>2755 Sand Hill Road<br>Menlo Park, CA 94025 | **Plain English Master Lease Agreement**<br>**Hardware and Equipment** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Mantara, Inc.**                                              Case No.    **13-13370(ALG)**
                                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **UBS Securities LLC**<br>**P.O. Box 1436**<br>**Attn: cod_us_mds**<br>**Stamford, CT 06904** | **06/27/03 - License** |
| **Universal City Studios**<br>**Credit Union**<br>**175 East Olive Avenue**<br>**Burbank, CA 91502** | **Real Estate Lease**<br>**Property Address: 175 East Olive Avenue**<br>**Burbank, CA 91502** |
| **Virtu Financial**<br>**645 Madison Avenue, 16th Floor**<br>**New York, NY 10022** | **06/01/13 - License** |
| **Wall Street**<br>**Network Solutions, LLC.**<br>**140 Littleton Road, Suite 31**<br>**Parsippany, NJ 07054** | |

Sheet    **3**    of    **3**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Mantara, Inc.**                                                        Case No.   **13-13370(ALG)**
_____
                    Debtor

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **UNX LLC**<br>**215 Park Avenue South**<br>**Suite 2001**<br>**New York, NY 10003** | **Venture Lending &**<br>**Leasing, VI, Inc.**<br>**104 La Mesa Drive, Suite 102**<br>**Portola Valley, CA 94028** |

**0**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   __Mantara, Inc.__                                          Case No.   __13-13370(ALG)__
                                         Debtor(s)                 Chapter    __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __35__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __10/30/13__                      Signature   _____

                                                     Michael Chin
                                                     President and Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of New York

In re    **Mantara, Inc.**                                        Case No.    **13-13370(ALG)**

                                       Debtor(s)                    Chapter      **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,909,281.00 | Revenue 01/2013 - 10/16/2013 |
| $5,365,777.00 | Revenue 2012 |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

B7 (Official Form 7) (04/13)

2

### 3. Payments to creditors

**None** ■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **The NASDAQ Stock Market LLC** Lockbox 10200 P.O. Box 8500 Philadelphia, PA 19178 | 07/25/13 | $10,453.90 | $0.00 |
| **Equinix, Inc.** #774252 4252 Solutions Center Chicago, IL 60677 | 08/01/13 | $34,231.73 | $0.00 |
| **American Express** P.O. Box 1270 Newark, NJ 07101 | 08/15/13 | $10,085.02 | $0.00 |
| **Equinix, Inc.** #774252 4252 Solutions Center Chicago, IL 60677 | 08/30/13 | $28,949.73 | $0.00 |
| **American Express** P.O. Box 1270 Newark, NJ 07101 | 09/03/13 | $8,243.68 | $0.00 |
| **CSNX Markets Inc.** 220 Bay Street, 9th Floor Toronto, ON M5J2W4 | 09/05/13 | $7,645.14 | $0.00 |
| **Wells Fargo Insurance Services** Dept. 33667 P.O. Box 39000 San Francisco, CA 94139 | 09/26/13 | $19,605.75 | $0.00 |
| **Wall Street Network Solutions, LLC** 140 Littleton Road, Suite 310 Parsippany, NJ 07054 | 10/04/13 | $9,218.87 | $0.00 |
| **Lowenstein Sandler LLP** 65 Livingston Avenue Roseland, NJ 07068 | 10/03/13 | $15,000.00 | $0.00 |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                        3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068 | 10/16/13 | $100,000.00 | $0.00 |
| 215 Park Avenue South Associates, L.P.<br>420 Lexington Avenue<br>New York, NY 10170 | 07/31/13 | $28,044.48 | $0.00 |
| Wall Street Network Solutions, LLC<br>140 Littletown Road, Suite 310<br>Parsippany, NJ 07054 | 07/31/13 | $10,983.57 | $0.00 |
| Park Avenue South Associates, L.P.<br>420 Lexington Avenue<br>New York, NY 10170 | 08/30/13 | $20,763.41 | $0.00 |
| Wall Street Network Soultions, LLC.<br>140 Littletown Road, Suite 310<br>Parsippany, NJ 07054 | 08/30/13 | $10,981.27 | $0.00 |
| Savvis<br>13322 Collection Drive<br>Chicago, IL 60693 | 09/09/13 | $9,439.95 | $0.00 |
| Direct Edge Exchange, Inc.<br>545 Washington Boulevard, 6th Floor<br>Jersey City, NJ 07310 | 09/09/13 | $12,410.00 | $0.00 |
| Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068 | 09/10/13 | $12,000.00 | $0.00 |
| TiplePoint Capital, LLC<br>2755 Sand Hill Road<br>Menlo Park, CA 94025 | 08/01/13 | $7,587.48 | $0.00 |
| TriplePoint Capital, LLC<br>2755 Sand Hill Road<br>Menlo Park, CA 94025 | 08/01/13 | $9,757.97 | $0.00 |
| TriplePoint Capital, LLC<br>2755 Dand Hill Road<br>Menlo Park, CA 94025 | 08/01/13 | $6,740.19 | $0.00 |
| TriplePoint Capital, LLC<br>2755 Dand Hill Road<br>Menlo Park, CA 94025 | 08/30/13 | $7,587.48 | $0.00 |
| TiplePoint Capital, LLC<br>2755 Sand Hill Road<br>Menlo Park, CA 94025 | 08/30/13 | $9,757.97 | $0.00 |
| TiplePoint Capital, LLC<br>2755 Sand Hill Road<br>Menlo Park, CA 94025 | 08/30/13 | $6,740.19 | $0.00 |
| TiplePoint Capital, LLC<br>2755 Sand Hill Road<br>Menlo Park, CA 94025 | 10/01/13 | $7,587.48 | $0.00 |
| TriplePoint Capital, LLC<br>2755 Sand Hill Road<br>Menlo Park, CA 94025 | 10/01/13 | $9,757.97 | $0.00 |
| TriplePoint Capital, LLC<br>2755 Sand Hill Road<br>Menlo Park, CA 94025 | 10/01/13 | $6,740.19 | $0.00 |

B7 (Official Form 7) (04/13)                                                                                                    4

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Venture Lending & Leasing VI, Inc.**<br>**104 La Mesa Drive, Suite 102**<br>**Portola Valley, CA 94028** | **08/01/13** | **$74,140.00** | **$0.00** |
| **Venture Lending & Leasing VI, Inc.**<br>**104 La Mesa Drive, Suite 102**<br>**Portola Valley, CA 94028** | **09/03/13** | **$74,140.00** | **$0.00** |
| **Venture Lending & Leasing VI, Inc.**<br>**104 La Mesa Drive, Suite 102**<br>**Portola Valley, CA 94028** | **10/01/13** | **$74,140.00** | **$0.00** |
| **Lowenstein Sandler LLP**<br>**65 Livingston Avenue**<br>**Roseland, NJ 07068** | **10/07/13** | **$100,000.00** | **$0.00** |

None
☐    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Schedule 3c** | | **$0.00** | **$0.00** |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Thomas Kim v. The UNX Companies LLC, UNX LLC, and Mantara, Inc.**<br>**Case Number: EC061122** | **Indemnification in connection to the legal fees and costs** | **Superior Court of the State of California for the County of Los Angeles** | |
| **Deborah Schwartz v. The UNX Companies LLC, UNX LLC, Thomas Kim, Matthew Pritzker Company, LLC, Broadhaven Capital Partners, LLC** | **Finra Arbitration Case Number: 11-00621** | | |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    5

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Lowenstein Sandler LLP 65 Livingston Avenue Roseland, NJ 07068** | 09/10/13 10/03/13 10/07/13 10/16/13 | **$227,000.00** |

B7 (Official Form 7) (04/13)

6

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **TSX USD/TSX Inc.**<br>**130 King Street West**<br>**The Exchange Tower, 3rd Floor**<br>**Toronto, ON M5X1J2** | **10/16/13** | **Sale of equipment to TSX, Inc. for  $15,845.00** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Pink Sneakers Productions, Inc.**<br>**1000 Colour Place**<br>**Apopka, FL 32703** | **Security Deposit Re: Burbank Sublease**<br>**$54,636.50** | **175 East Olive Avenue**<br>**Burbank, CA 91502** |

B7 (Official Form 7) (04/13)                                                                                              7

---

**15. Prior address of debtor**

None
☐      If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
       occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
       address of either spouse.

ADDRESS                                    NAME USED                                DATES OF OCCUPANCY
**111 Town Square Place, Suite 1500**                                             **03/26/07 Through 08/31/12**
**Jersey City, NJ 07310**

---

**16. Spouses and Former Spouses**

None
■      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
       Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
       commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
       the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
       or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
       the Environmental Law:

SITE NAME AND ADDRESS           NAME AND ADDRESS OF          DATE OF             ENVIRONMENTAL
                                GOVERNMENTAL UNIT            NOTICE              LAW

None
■      b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
       Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS           NAME AND ADDRESS OF          DATE OF             ENVIRONMENTAL
                                GOVERNMENTAL UNIT            NOTICE              LAW

None
■      c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
       the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
       docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

B7 (Official Form 7) (04/13)                                                                                                          8

---

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐     ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
      partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
      immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
      within **six years** immediately preceding the commencement of this case.

      *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
      ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
      years** immediately preceding the commencement of this case.

      *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
      ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
      years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Mantara X, LLC** | | | | |
| **Advanced Messaging Technology Pty Ltd.** | | | | |
| **UNX LLC** | | | | |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|------|---------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

---

**19. Books, records and financial statements**

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐     supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Meghan Lyons**<br>**215 S. Broadway**<br>**Nyack, NY 10960** | **01/03/11 - Present** |
| **Drew Bachmann**<br>**1112 Hudston Street, Apt. 5L**<br>**Hoboken, NJ 07030** | **09/19/11 - 10/02/13** |

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■     of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐     of the debtor. If any of the books of account and records are not available, explain.

B7 (Official Form 7) (04/13)                                                                                                           9

| NAME | ADDRESS |
|---|---|
| **Mandelbaum Kaplan Dulman, LLC**<br>**10/10- 11/12** | **570 W. Mout Pleasant Avenue**<br>**Livingston, NJ 07039** |
| **WithumSmith+Brown**<br>**01/13 - Present** | **3040 Route 22 West, Suite 110**<br>**Somerville, NJ 08876** |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Venture Lending and Leasing VI, Inc.**<br>**Wells Fargo Bank**<br>**c/o Lynn McLean T9914-010 1800**<br>**N Valley Mills Drive**<br>**Waco, TX 76702** | **Monthly Since 03/2012** |
| **Mohr Davidow**<br>**3000 Sand Hill Road, 3-290**<br>**Menlo Park, CA 94025** | **Quarterly for Past 2 Years** |
| **Southern Cross Venture Partners**<br>**Level 5, 80 Mount Street**<br>**North Sydney, NSW 2060**<br>**P.O. Box 1743**<br>**North Sydney Australia NSW 2059** | **Quarterly for Past 2 Years** |
| **TriplePoint Capital**<br>**2755 Sand Hill Road**<br>**Menlo Park, CA 94025** | **Monthly for Past 2 Years** |
| **Silicon Valley Bank**<br>**535 Fifth Avenue, Floor 27**<br>**New York, NY 10017** | **Monthly Until March, 2012** |

---

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

B7 (Official Form 7) (04/13)

|  | 10 |
|---|---|

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Michael Chin**<br>c/o Mantara, Inc.<br>215 Park Avenue South, Suite 2001<br>New York, NY 10003 | **President & CEO** | **0%** |
| **Bob Christansen**<br>c/o Southern Cross Venture Partners<br>545 Queens Street (Level 9)<br>Brisbane QLD 4000 Australia | **Board Member** | **0%** |
| **Jim Smith**<br>c/o Mohr Davidow<br>3000 Sand Hill Road, 3-290<br>Menlo Park, CA 94025 | **Board Member** | **0%** |
| **Gerard Von Dolen**<br>Broadhaven Capital Partners<br>201 Broad Street<br>Stamford, CT 06901 | **Board Member** | **0%** |
| **Matt Senecal**<br>c/o UBS<br>1285 Avenue of the Americas<br>New York, NY 10019 | **Board Member** | **0%** |
| **Meghan Lyons**<br>c/o Mantara, Inc.<br>215 Park Avenue South<br>New York, NY 10003 | **CFO/CAO** | **0%** |
| **CM Capital Investments Pty Ltd.**<br>Level 9, 545 Queen Street<br>Brisbane QLD 4000 Australia | **Shareholder** | **13.71%** |
| **Mohr Davidow**<br>3000 Sand Hill Road, 3-290<br>Menlo Park, CA 94025 | **Shareholder** | **33.97%** |
| **Southern Cross Venture Partners**<br>Level 5, 80 Mount Street<br>North Sydney, NSW 2060<br>Australia | **Shareholder** | **21.35%** |
| **UBS**<br>1285 Avenue of the Americas<br>New York, NY 10019 | **Shareholder** | **1.16%** |
| **DBAH Capital Inc.**<br>c/o Deutsche Bank AG<br>60 Wall Street<br>New York, NY 10005 | **Shareholder** | **9.62%** |
| **Bob Christensen**<br>c/o Southern Cross Venture Partners, Level 5,<br>80 Mount Street North Sydney, NSW 2060<br>Australia | **Board Member** | **0%** |
| **UNX Companies**<br>c/o Broadhaven<br>Capital Partners<br>201 Broad Street<br>Stamford, CT 06901 | **Shareholder** | **16.36%** |

B7 (Official Form 7) (04/13)

11

---

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|---------------------|

None □  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| Michael Begun<br>c/o CM Capital Investments Pty Ltd.<br>Level 9, 545 Queen Street<br>Brisbane QLD 4000 Australia | Former Board Member | 09/13/2013 |
| Charlie Susi<br>UBS<br>1285 Avenue of the Americas<br>New York, NY 10019 | Former Board Member | |
| Richard Schenkman<br>5 Millers Crossing<br>Tenafly, NJ 07670 | Former Board Member | 05/2013 |
| Jose Marques<br>c/o DBAH Capital Inc.<br>Deutsche Bank AG<br>60 Wall Street<br>New York, NY 10005 | Former Board Member | 10/14/2013 |
| Robert Di Fazio<br>140 Franklin Street, #3C<br>New York, NY 10013 | Former Board Member | |
| David Gilbert<br>3 Wilmington Acres Court<br>Emerlad Hills, CA 94062 | Former Board Member | 03/03/2011 |
| Bruce Fram<br>c/o Mohr Davidow Ventures<br>3000 Sand Hill Road, 3-290<br>Menlo Park, CA 94025 | Former Board Member | |
| Fred Meyer<br>Attn: Judith Brown Trust<br>210 Beacon Street<br>San Francisco, CA 94131 | Former Board Member | |
| Bill Segal<br>c/o Brat Family Trust<br>43 Quinn Street<br>Brisbane Toowong Qld 4066 Australia | Former Board Member | |

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                 TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                   TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

B7 (Official Form 7) (04/13)                                                                                                          13

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date _____10/30/13_____          Signature _____

                                              Michael Chin
                                              President and Chief Executive Officer

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of New York

In re  **Mantara, Inc.**                                                     Case No.  **13-13370(ALG)**

_____     Debtor(s)                            Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **227,000.00\*** |
| Prior to the filing of this statement I have received | $ | **227,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was: **\* Includes for Lowenstein Sandler LLP Representation of UNX LLC**

   ☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____**10/30/13**_____        _____

**Kenneth A. Rosen**
**Lowenstein Sandler LLP**
**1251 Avenue of the Americas**
**17th Floor**
**New York, NY 10020**
**(212) 262-6700  Fax: (212) 262-7402**

---

| Schedule 3C | | |
|---|---|---|
| Name of Creditor | Date of Payment | Amount |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 10/15/2012 | $ 9,781.33 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 10/31/2012 | $ 9,781.32 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 11/08/2012 | $ 4,386.08 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 11/15/2012 | $ 9,781.33 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 11/30/2012 | $ 9,781.32 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 12/14/2012 | $ 9,781.33 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 12/31/2012 | $ 9,781.32 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 01/15/2013 | $ 8,834.57 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 01/17/2013 | $ 16,221.03 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 01/25/2013 | $ 14,579.79 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 01/31/2013 | $ 8,834.57 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 02/27/2013 | $ 21,185.93 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 02/28/2013 | $ 9,338.51 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 02/28/2013 | $ 8,800.73 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 03/15/2013 | $ 8,853.94 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 03/28/2013 | $ 8,827.35 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 04/02/2013 | $ 46,749.95 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 04/15/2013 | $ 9,805.17 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 04/16/2013 | $ 22,675.56 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 04/30/2013 | $ 9,795.72 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 07/03/2013 | $ 9,501.82 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 07/03/2013 | $ 9,577.23 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 07/03/2013 | $ 9,577.22 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 07/03/2013 | $ 9,501.80 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 07/15/2013 | $ 9,723.92 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 07/31/2013 | $ 9,718.71 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 08/01/2013 | $ 14,820.21 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 08/28/2013 | $ 9,588.44 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 08/30/2013 | $ 9,459.61 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 09/13/2013 | $ 9,626.13 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 09/25/2013 | $ 13,478.63 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 09/30/2013 | $ 9,742.31 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 10/03/2013 | $ 1,980.55 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 10/15/2013 | $ 9,778.65 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 10/15/2013 | $ 77,272.82 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 10/15/2012 | $ 7,126.24 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 10/31/2012 | $ 6,872.23 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 11/15/2012 | $ 7,126.24 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 11/30/2012 | $ 6,872.24 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 12/14/2012 | $ 7,126.24 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 12/31/2012 | $ 6,872.23 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 01/15/2013 | $ 6,531.35 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 01/31/2013 | $ 6,328.07 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 02/28/2013 | $ 6,736.46 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 02/28/2013 | $ 6,326.39 |

| | | | |
|---|---|---|---|
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 03/15/2013 | $ | 6,528.80 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 03/28/2013 | $ | 6,304.03 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 04/15/2013 | $ | 6,528.17 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 04/30/2013 | $ | 6,304.02 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 05/15/2013 | $ | 6,528.17 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 07/03/2013 | $ | 6,502.75 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 07/03/2013 | $ | 6,054.46 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 07/03/2013 | $ | 6,859.76 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 07/15/2013 | $ | 7,169.70 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 07/31/2013 | $ | 6,926.47 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 08/28/2013 | $ | 7,153.13 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 08/30/2013 | $ | 6,727.92 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 09/13/2013 | $ | 7,179.90 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 09/30/2013 | $ | 6,940.57 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 10/15/2013 | $ | 7,150.79 |
| Lyons, Meghan  216 S Broadway  Nyack, NY 10960 | 10/15/2013 | $ | 26,412.95 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 10/15/2013 | $ | 1,182.92 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 09/30/2013 | $ | 5,817.44 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 09/13/2013 | $ | 5,817.43 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 08/30/2013 | $ | 5,768.97 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 08/28/2013 | $ | 5,818.81 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 07/31/2013 | $ | 5,591.53 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 07/15/2013 | $ | 5,241.49 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 06/28/2013 | $ | 5,241.48 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 06/14/2013 | $ | 5,241.50 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 05/31/2013 | $ | 5,247.52 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 05/15/2013 | $ | 5,403.99 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 04/30/2013 | $ | 5,312.30 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 04/15/2013 | $ | 6,306.87 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 03/28/2013 | $ | 4,280.84 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 03/15/2013 | $ | 4,280.85 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 02/28/2013 | $ | 4,280.86 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 02/15/2013 | $ | 4,280.86 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 01/31/2013 | $ | 4,280.85 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 01/15/2013 | $ | 4,280.85 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 12/31/2012 | $ | 4,414.74 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 12/14/2012 | $ | 4,414.73 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 11/30/2012 | $ | 4,414.75 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 11/15/2012 | $ | 4,414.74 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 10/31/2012 | $ | 4,414.73 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 10/15/2012 | $ | 4,331.85 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 09/28/2012 | $ | 4,459.84 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 09/14/2012 | $ | 4,459.84 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 09/14/2012 | $ | 2,094.68 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 08/08/2013 | $ | 8,956.69 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 07/23/2013 | $ | 901.48 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 06/03/2013 | $ | 7,784.37 |

| | | | |
|---|---|---|---|
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 02/26/2013 | $ | 10,468.13 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 02/25/2013 | $ | 7,440.24 |
| Lister, Ian  55 W 26th St, Apt 12C New York, NY 10010 | 11/14/2012 | $ | 2,788.16 |
| Arnold, David 123 Town Square Place  #629 Jersey City, NJ 07310 | 01/31/2013 | $ | 5,777.13 |
| Arnold, David 123 Town Square Place  #629 Jersey City, NJ 07310 | 01/15/2013 | $ | 5,182.12 |
| Arnold, David 123 Town Square Place  #629 Jersey City, NJ 07310 | 12/31/2012 | $ | 5,659.14 |
| Arnold, David 123 Town Square Place  #629 Jersey City, NJ 07310 | 12/14/2012 | $ | 5,659.15 |
| Arnold, David 123 Town Square Place  #629 Jersey City, NJ 07310 | 11/30/2012 | $ | 5,659.14 |
| Arnold, David 123 Town Square Place  #629 Jersey City, NJ 07310 | 11/15/2012 | $ | 5,659.14 |
| Arnold, David 123 Town Square Place  #629 Jersey City, NJ 07310 | 10/31/2012 | $ | 5,659.14 |
| Arnold, David 123 Town Square Place  #629 Jersey City, NJ 07310 | 10/15/2012 | $ | 5,659.14 |
| Arnold, David 123 Town Square Place  #629 Jersey City, NJ 07310 | 09/28/2012 | $ | 5,669.77 |
| Chin, Michael 203 Villa Drive Long Branch, NJ 07740 | 09/14/2012 | $ | 5,815.69 |
| | | | |