Hearing Date:  December 4, 2013 at 10:00 a.m. (prevailing Eastern Time)

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Mantara, Inc. *et al.*, [1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 13-13370 (ALG)<br><br>(Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING REGARDING DEBTORS'
MOTION FOR ENTRY OF ORDER AUTHORIZING PRIVATE SALE OF
THE DEBTORS' INTELLECTUAL PROPERTY FREE AND CLEAR OF
LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO SECTION 363 OF THE
BANKRUPTCY CODE AND GRANTING RELATED RELIEF**

　　　　　**PLEASE TAKE NOTICE** that Mantara, Inc. and UNX LLC (collectively, the

"**Debtors**"), by and through their undersigned proposed counsel, previously filed the *Debtors'*

*Motion for Entry of Order Authorizing Private Sale of the Debtors' Intellectual Property Free*

*and Clear of Liens, Claims and Encumbrances Pursuant to Section 363 of the Bankruptcy Code*

*and Granting Related Relief* [Docket No. 8] (the "**Sale Motion**").

---

[1] The Debtors in these chapter 11 cases are Mantara, Inc. and UNX LLC. The last four digits of their federal tax identification number are 2570 and 6704 respectively.

26474/6
11/15/2013 27525335.1

**PLEASE TAKE FURTHER NOTICE** that, on October 25, 2013, the Bankruptcy Court entered an *Order (A) Approving Bidding Procedures, (B) Approving Bid Protections, (C) Scheduling Bid Deadlines And An Auction, And (D) Approving The Form And Manner Of Notice Thereof* [Docket No. 32] which, among other things, set a hearing on the Sale Motion for November 20, 2013 at 2:30 p.m. ET.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Sale Motion previously scheduled for November 20, 2013 has been adjourned to **December 4, 2013 at 10:00 a.m. (ET)** and will, absent further adjournments, take place before the Honorable Allan L. Gropper, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Customs House, One Bowling Green, Room 617, New York, New York 10004-1408.

Dated:  November 15, 2013
        New York, New York

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

*/s/ Wojciech F. Jung*
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

*Proposed Counsel to the Debtors and Debtors-in-Possession*