**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Wojciech F. Jung, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Mantara, Inc. *et al.*,[1] | Case No. 13-13370 (ALG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 20, 2013 AT 2:30 P.M.**

| | |
|---|---|
| **Date and Time of Hearing:** | **November 20, 2013 at 2:30 p.m. (Prevailing Eastern Time)** |
| **Location of Hearing:** | United States Bankruptcy Court of the Southern District of New York Alexander Hamilton Custom House One Bowling Green, Room 617 New York, New York 10004-1408 |
| **Copies of Pleadings**: | A copy of each pleading can be viewed on the Court's website at www.ecf.nysb.uscourts.gov |

---

[1] The Debtors in these chapter 11 cases are Mantara, Inc. and UNX LLC. The four digits of their federal tax identification number are 2570 and 6704 respectively.

26474/6
11/18/2013 27430572.2

A.  **ADJOURNED MATTERS**

    I.    **Debtors' Motion for Entry of Order Authorizing Private Sale of the Debtors' Intellectual Property Free and Clear of Liens, Claims and Encumbrances Pursuant to Section 363 of the Bankruptcy Code and Granting Related Relief [Docket No. 8]**

    **Responses Received:** None

    **Response Deadline**: November 14, 2013 at 4:00 p.m. ET, extended to November 29, 2013 at 4:00 p.m. ET for the Official Committee of Unsecured Creditors.

    **Related Documents:**

    *Order (A) Approving Bidding Procedures, (B) Approving Bid Protections, (C) Scheduling Bid Deadlines And An Auction, And (D) Approving The Form And Manner Of Notice Thereof* dated October 25, 2013 [Docket No. 32];

    *Notice Of Sale And Sale Related Deadlines* dated October 25, 2013 [Docket No. 33];

    *Declaration Of Michael Chin In Support Of Debtors' Motion For Entry Of Order Authorizing Private Sale Of The Debtors' Intellectual Property Free And Clear Of Liens, Claims And Encumbrances Pursuant To Section 363 Of The Bankruptcy Code And Granting Related Relief* dated October 16, 2013[Docket No. 8];

    *Declaration of Michael Chin in Support of First Day Applications and Motions* dated October 16, 2013 [Docket No. 3];

    *Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures, (B) Approving Bid Protections, (C) Scheduling Bid Deadlines and an Auction, and (D) Approving the Form and Manner of Notice Thereof* dated October 21, 2013 [Docket No. 19];

    *Certificate of Service* dated October 23, 2013 [Docket No. 25]; and

    *Certificate of Service* dated October 29, 2013 [Docket No. 39].

    **Status:** A hearing on this matter has been adjourned to December 4, 2013 at 10:00 a.m. (ET) [Docket No. 58]. The objection deadline solely for the Official Committee of Unsecured Creditors has been extended to November 29, 2013 at 4:00 p.m. (ET).

B. **MATTERS GOING FORWARD**

    I. **Debtors' Motion for Entry of Interim and Final Orders (I) Approving Post-Petition Secured Superpriority Financing, (II) Authorizing the Use of Cash Collateral, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing** [Docket No. 5]

    **Response Deadline**: November 14, 2013 at 4:00 p.m. ET.

    **Responses Received:** Unofficial comments to the form of order from the Official Committee of Unsecured Creditors.

    **Related Documents:**

        *Interim Order (I) Authorizing The Debtors To (A) Obtain Postpetition Financing Pursuant To 11 U.S.C. §§ 105, 361, 362, 364(c), And 364(e); (II) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) And 4001(c), And (IV) Granting Related Relief* dated October 24, 2013 [Docket No. 31];

        *Declaration of Michael Chin in Support of First Day Applications and Motions* [Docket No. 3];

        *Notice of Adjournment of Hearing* dated October 21, 2013 [Docket No. 20];

        *Certificate of Service* dated November 11, 2013 [Docket No. 50];

        *Certificate of Service* dated October 23, 2013 [Docket No. 25];

        *Certificate of Service* dated October 17, 2013 [Docket No. 10]; and

        Notice of Lodging of Form of Final DIP Order dated November 15, 2013 [Docket No. 60].

    **Status:** This matter is going forward. Pursuant to Local Rule 9075-2(a), a Certificate of No Objection was filed on November 18, 2013 [Docket No. 61].

    II. **Debtors' Omnibus Motion Pursuant To 11 U.S.C § 365(a) And Fed. R. Bankr. P. 6006 FOR An Order Authorizing The Rejection Of Certain Unexpired Leases Of Nonresidential Property** dated October 23, 2013 [Docket No. 28]

    **Responses Received:** None

    **Response Deadline**: November 14, 2013 at 4:00 p.m. ET.

**Related Documents:**

> *Amended Notice of Hearing* dated October 24, 2013 [Docket No. 29];
>
> *Declaration of Michael Chin in Support of First Day Applications and Motions* dated October 16, 2013 [Docket No. 3]; and
>
> *Certificate of Service* dated October 24, 2013 [Docket No. 36].

**Status:** This matter is going forward. Pursuant to Local Rule 9075-2(a), a Certificate of No Objection was filed on November 18, 2013 [Docket No. 62].

III. **Debtors' Motion Pursuant To 11 U.S.C § 365(a) And Fed. R. Bank. P. 6006 For An Order Authorizing The Rejection Of Certain Unexpired Equipment Leases [Docket No. 35]**

**Responses Received:** None

**Response Deadline**: November 14, 2013 at 4:00 p.m. ET.

**Related Documents:**

> *Declaration of Michael Chin in Support of First Day Applications and Motions* dated October 16, 2013 [Docket No. 3]; and
>
> *Certificate of Service* dated October 28, 2013 [Docket No. 37].

**Status:** This matter is going forward. Pursuant to Local Rule 9075-2(a), a Certificate of No Objection was filed on November 18, 2013 [Docket No. 64].

IV. **Debtors' Motion For Entry Of An Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals [Docket No. 30];**

**Responses Received:** None

**Response Deadline**: November 14, 2013 at 4:00 p.m. ET.

**Related Documents:**

> *Certificate of Service* dated October 24, 2013 [Docket No. 36].

**Status:** This matter is going forward. Pursuant to Local Rule 9075-2(a), a Certificate of No Objection was filed on November 18, 2013 [Docket No. 63].

**V. Debtors' Application For An Order Authorizing The Employment And Retention Of Lowenstein Sandler LLP As Counsel To The Debtors, Effective As Of The Petition Date [Docket No. 34];**

**Responses Received:** Informal comments from the Office of the United States Trustee.

**Response Deadline**: November 14, 2013 at 4:00 p.m. ET.

**Related Documents:**

*Declaration of Michael Chin in Support of First Day Applications and Motions* dated October 16, 2013 [Docket No. 3]; and

*Certificate of Service* dated October 28, 2013 [Docket No. 37]; and

Notice of Lodging of Revised Form of Retention Order dated November 15, 2013 [Docket No. 57].

**Status:** This matter is going forward. Pursuant to Local Rule 9075-2(a), a Certificate of No Objection was filed on November 18, 2013 [Docket No. 65].

**VI. Order Scheduling Initial Case Conference [Docket No. 45];**

**Responses Received:** None

**Response Deadline**: None
**Related Documents:**

*Declaration of Michael Chin in Support of First Day Applications and Motions* dated October 16, 2013 [Docket No. 3]; and

*Certificate of Service* dated November 7, 2013 [Docket No. 48].

**Status:** This matter is going forward.

Dated:  November 18, 2013            Respectfully submitted,
         New York, New York

                                     **LOWENSTEIN SANDLER LLP**
                                     */s/ Wojciech F. Jung*
                                     Kenneth A. Rosen, Esq.
                                     Wojciech F. Jung, Esq.
                                     1251 Avenue of the Americas
                                     New York, New York 10020
                                     (212) 262-6700 (Telephone)
                                     *Proposed Counsel to the Debtors and Debtors-in-Possession*